# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JAMES EDWARD COLEMAN**                                                  **PLAINTIFF**
**ADC #650408**

v.                        No: 3:19-cv-00097 KGB-PSH

**CRAIGHEAD COUNTY DETENTION CENTER,** *et al.*            **DEFENDANTS**

## ORDER

Plaintiff James Edward Coleman filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on April 10, 2019, while incarcerated at the Craighead County Detention Center (Doc. No. 2). Coleman was granted leave to proceed *in forma pauperis* and ordered to file an amended complaint. Doc. No. 3. Coleman was instructed to name individual defendants, to describe how *each* defendant violated his constitutional rights, and to describe how he was injured. *Id*. Coleman filed an amended complaint but has not described how each defendant was personally involved in the violation of his constitutional rights. Doc. No. 4.

Coleman will be allowed another opportunity to amend his complaint to fully describe his claims. Coleman is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. In the event Coleman fails to file an amended complaint conforming to this order within thirty days, this case may be dismissed. The Clerk of Court is directed to send Coleman a blank § 1983 form.

IT IS SO ORDERED this 17th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE