IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES EDWARD COLEMAN                                                                    PLAINTIFF
ADC #650408

v.                                         No: 3:19-cv-00097 KGB-PSH

CRAIGHEAD COUNTY DETENTION CENTER                                                       DEFENDANT

### ORDER

Having reviewed James Edward Coleman's second amended complaint (Doc. No. 6) for screening purposes,[1] it appears that service is appropriate with respect to Coleman's Eighth Amendment conditions-of-confinement claims against defendants Keith Bowers, Marty Boyd, and T. Raymond. The Clerk of the Court shall prepare summonses for the defendants and the United States Marshal is hereby directed to serve a copy of the second amended complaint (Doc. No. 6) and summons on defendants without prepayment of fees and costs or security therefor. Service should be attempted through the Craighead County Sheriff's Office, 901 Willett Rd., Jonesboro, Arkansas 72401.[2]

IT IS SO ORDERED this 29th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If any of the Defendants are no longer County employees, the individual responding to service must file a **SEALED** Statement providing the unserved Defendant's last known private mailing address.