IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES EDWARD COLEMAN**                                                                  **PLAINTIFF**
**ADC #650408**

v.                                      No: 3:19-cv-00097 KGB-PSH

**KEITH BOWERS,** *et al.*                                                                **DEFENDANTS**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff James Edward Coleman, then an inmate at the Craighead County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on April 10, 2019 (Doc. No. 2). Mail sent to Coleman was returned as undeliverable, and the envelope was entered on the docket. Doc. No. 9.  On May 9, 2019, the Court entered a text order notifying Coleman that the mail could not be delivered to him because he was no longer at the address he provided.  Doc. No. 10. Coleman was directed to provide notice of his current mailing address by no later than thirty days from the entry of the May 9, 2019 text order.[1]  He was warned that his failure to provide a current

---

[1] In its initial order to Coleman, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address.  The Court also notified Coleman that if any communication

mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was sent to him at his last known address and to the Arkansas Department of Corrections' East Arkansas Regional Unit.[2] The envelope addressed to the Craighead County Detention Center containing the Court's May 9 order was returned because Coleman was no longer housed there. Doc. No. 11. The envelope addressed to the East Arkansas Regional Unit was not returned.

More than 30 days have passed, and Coleman has not complied with or otherwise responded to the May 9 order. Coleman failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Coleman's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 21st day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. Doc. No. 3.

[2] The Arkansas Department of Correction's public website indicates plaintiff may be held at the Arkansas Department of Correction, East Arkansas Regional Unit.