THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES EDWARD COLEMAN, ADC #650408**                                            **PLAINTIFF**

v.                      **Case No. 3:19-cv-00097-KGB**

**KEITH BOWERS, Jail Administration, Craighead County
Detention Center,** *et al.*                                                                        **DEFENDANTS**

## ORDER

Before the Court is the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 19). In her Proposed Findings and Recommendation, Judge Harris recommends that plaintiff James Edward Coleman's complaint be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the court's orders. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Harris' recommendation.

Therefore, the Court adopts the Proposed Findings and Recommendation in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 19). The Court dismisses Mr. Coleman's complaint without prejudice. The Court denies as moot the Proposed Findings and Partial Recommendation submitted by Judge Harris (Dkt. No. 7).

It is so ordered this 27th day of January, 2020.

                                                             Kristine G. Baker
                                                             United States District Judge