THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES EDWARD COLEMAN, ADC #650408**            **PLAINTIFF**

v.            **Case No. 3:19-cv-00097-KGB**

**KEITH BOWERS, Jail Administration, Craighead County
Detention Center,** *et al.*            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff James Edward Coleman's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge